**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

---------------------------------------------------------------X

JANICE KLEMME, MIGUELA SUAREZ, and LARRY SUHRBIER individually and on behalf of all others similarly situated,

                Plaintiff,

    -against-

DANIEL K. SHAW, MICHAEL V. VILLAMOR, GREGORY SCHATZMAN, DANIEL K. SHAW as Trustee of the Dan K. Shaw Separate Property Trust, MARK LOGAN, as Trustee of the M&M Domestic Non Grantor Trust, John Does 1-5 and John Doe Entities 1-5,

                Defendants.
---------------------------------------------------------------X

Docket #: CV-S-05-1263-PMP-LRL

[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT

On September 27, 2010, the Court heard the Plaintiffs' unopposed motion for final approval of the class action settlement, as set forth in the Stipulation and Settlement Agreement ("Stipulation"), in the above-captioned action. The Court finds and orders as follows:

1. For the purposes of this Order, the Court adopts all defined terms as set forth in the Stipulation, previously filed with this Court.

1

2. This Court has jurisdiction over the subject matter of this litigation and over all parties and Class Members in this litigation.

3. The Court finds that the distribution of the Notice of Class Action Settlement, which was carried out pursuant to the Stipulation, constituted the best notice practicable under the circumstances and fully met the requirements of due process.

4. The Court finds that no Class Members have objected to the Settlement. Two Class Members have requested exclusion from the Settlement as indicated on Exhibit "A" attached hereto. Approximately 98.23% of the Class have filed timely and valid claims. These 111 individuals have claimed, and will be paid, the entire Net Settlement Fund pursuant to the terms of the Stipulation.

5. The Court finds that the Stipulation was the product of protracted, arm's length negotiations between experienced counsel, facilitated by the Court. After considering Defendant's potential exposure, the likelihood of success on the class claims, the risk, expense, complexity and delay associated with further litigation, the experience and views of Plaintiffs' Counsel, and the reaction of the Class to the Settlement, as well as other relevant factors, the Court finds that the settlement, as set forth in the Stipulation, is fair, reasonable, and in the best interests of the Class, and hereby grants final approval of the settlement. The parties are ordered to carry out the settlement as provided in the Stipulation except that defendants, DANIEL K. SHAW and DANIEL K. SHAW as Trustee of the Dan K. Shaw Separate Property Trust, shall have no obligations under the Stipulation, such defendant having been duly discharged from the claims made in this litigation pursuant to the Order of the United States Bankruptcy Court for the District of Utah on December 29, 2010.

6. Pursuant to the terms of the Stipulation the Clerk of the Court is directed to enter a Final Judgment dismissing the Complaint with prejudice and the Court shall retain jurisdiction over this matter for all purposes including for the anticipated appointment of a Settlement Administration on or about November of 2012 pursuant

1  to the terms of the Settlement and for the enforcement of all of the terms of the
2  Settlement.
3  Dated:  April 5, 2011.
4
5       IT IS SO ORDERED
6
7  _____
   Hon. Philip M. Pro
8  United States District Judge
9
10 Submitted by:
11 Mark R. Thierman, NSB 8285
   THIERMAN LAW FIRM
12 7287 Lakeside Drive
   Reno, NV 89511
13 Telephone (775) 284-1500
14 Leon Greenberg, NSB 8094
   A Professional Corporation
15 633 South 4th Street - Suite 4
   Las Vegas, Nevada 89101
16 Telephone (702) 383-6085
17 Attorneys for Plaintiffs            .
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "A"

PERSON FILING EXCLUSION REQUEST AFTER THE COURT SPECIFIED DEADLINE:

Nancy Girroir

PERSON FILING TIMELY REQUEST FOR EXCLUSION:

Anne R. Corin