1

2

3

4

5

6

7

8           **UNITED STATES DISTRICT COURT**
                 **DISTRICT OF NEVADA**
9

10

11 ----------------------------------------------------X   Docket #: CV-S-05-1263-PMP-LRL
   JANICE KLEMME, MIGUELA SUAREZ, and
12 LARRY SUHRBIER individually and on behalf of
   all others similarly situated,
13                                                       [PROPOSED] ORDER
                                                          MODIFYING
14                 Plaintiff,                            ENFORCEMENT OF
                                                         CLASS ACTION
15        -against-                                      SETTLEMENT AND
                                                         DIRECTING
16 DANIEL K. SHAW, MICHAEL V. VILLAMOR,                  DISTRIBUTION OF
   GREGORY SCHATZMAN, DANIEL K. SHAW                     SETTLEMENT FUNDS
17 as Trustee of the Dan K. Shaw Separate Property       AND ENTRY OF CLASS
   Trust, MARK LOGAN,as Trustee of the                   MEMBER JUDGMENTS
18 M&M Domestic Non Grantor Trust, John Does 1-5
   and John Doe Entities 1-5,
19
                   Defendants.
20
   -----------------------------------------------------------X
21
              On                , the Court heard Class Counsel's unopposed motion for modification
22
   of the Court's previously approved class action settlement and directing distribution of
23
   settlement funds and entry of class member judgements.  For the reasons discussed in that
24
   motion, and the relevant circumstances that have developed since the Court's entry of its
25
   Order of final approval of this settlement (Docket #218), that motion is granted and the
26
   following relief is approved as requested in the motion and specified below:
27
              (1) Class counsel is authorized to retain $3,570.52 from their IOLTA account funds
28
   which are property of the class in payment of their fee and expenses in this matter;

                                            1

1    (2) Class counsel is to distribute the remaining $5,360 in their IOLTA account funds

2    which are property of the class to the 22 claiming class members in the amounts listed on

3    Ex. "A" and shall do so by mailing such persons checks at their provided addresses within

4    60 days of the entry of this Order;

5    (3) Class counsel shall within 60 days of entry of this Order mail a letter to the 110

6    claiming class members in the form annexed hereto as Ex. "B" which shall, where necessary,

7    incorporate the relevant information from Ex. "A" and/or Ex. "C" of this Order;

8    (4) The Clerk of the Court shall enter a judgment in the name of each of the 110

9    claiming class members against the defendant MICHAEL V. VILLAMOR in the amount

10   specified in Ex. "C";

11   (5) In the event any of the 22 claiming class members who are mailed a check as

12   provided for in this Order fail to cash such check within 180 days of its dispatch, or such

13   check is returned by the postal service without a forwarding address, the funds represented

14   by such check will be paid by class counsel to the National Employment Law Project as a *cy*

15   *pres* beneficiary without the need for any further Order from this Court.

16   Dated:   April 8, 2014

17   IT IS SO ORDERED

18

19   _____

20   Hon. Philip M. Pro
     United States District Judge

21   Submitted by:

22   Mark R. Thierman, NSB 8285
     THIERMAN LAW FIRM
23   7287 Lakeside Drive
     Reno, NV 89511
24   Telephone (775) 284-1500

25   Leon Greenberg, NSB 8094
     A Professional Corporation
26   2965 South Jones Boulevard #E-4
     Las Vegas, Nevada 89146
27   Telephone (702) 383-6085
     Attorneys for Plaintiffs      .

28

2

# EXHIBIT "A"

| Class Claimant | Payment Amount | JUDGMENT AMOUNT |
|---|---|---|
| BALLARD, ARDITH | 97 | 1441 |
| BESWAYAN, MICHAEL | 124 | 1853 |
| CASSIDEY, SHEILA | 674 | 10055 |
| DRAPO, LINDA | 89 | 1329 |
| DRAPO, RICHARD | 96 | 1437 |
| FEINGOLD, FRANCINE | 74 | 1098 |
| FEINGOLD, NEIL | 221 | 3290 |
| HARKER, CAROLYN | 599 | 8935 |
| HOFFMAN, ERIC | 227 | 3382 |
| KLEMME, JANICE | 165 | 2458 |
| KOZAK, PHYLLIS | 195 | 2901 |
| KRUEGER, JANET | 922 | 13754 |
| MCGEE, WILLIAM | 121 | 1805 |
| OWENS, GERALDINE | 126 | 1881 |
| OWENS, MILTON | 326 | 4859 |
| PENDERGAST, DAVID | 78 | 1159 |
| PENFIELD, JO ELLA | 93 | 1387 |
| PENFIELD, LUTHER | 122 | 1821 |
| RAVERT, ERNEST | 87 | 1297 |
| TAYLOR, ERLINDA | 750 | 11191 |
| TRATOS, TERI | 98 | 1466 |
| WILLIS, TERESA | 76 | 1139 |
| total | 5360 | 79938 |

EXHIBIT "B"

INSERT DATE


        Re: Settlement of Claims in Klemme v. Shaw et al.
            (Castaways litigation) 2:05-cv-1263-PMP-LRL


Dear              :

        This letter is to advise you of the disposition of the above
case in which you are a class member and have made a settlement
claim.  The above Court has issued an Order amending the
settlement in this matter.  Because most of the funds that were
originally promised to be paid under the settlement have not been
paid, the Court has directed that a judgment be entered in your
favor in the amount of              against defendant Michael
Villamor.  You may attempt to collect that judgment if you wish,
and you can consult an attorney of your choosing for assistance
with pursuing that process, but this office will not be making
any attempt to collect that judgment for you.  This office has
also been discharged as your attorney in this matter and the
above Court is not expected to appoint any other attorney to
represent you in this matter.

[Insert Below Only for Claiming Class Members Receiving Payment]

        [You are receiving with this letter a check for        .
This is the total amount of money paid in the settlement of this
case that you will be receiving unless you are successful in
collecting on your judgment against Michael Villamor.]



                                    Very truly yours,



                                    Leon Greenberg

EXHIBIT "C"

| name-last | name-first | JUDGMENT AMOUNT |
|---|---|---|
| ADAMS | SANDRA | 84 |
| ADAMS | RUSSELL | 106 |
| BAKER | MICHAEL | 15 |
| BALDONADO | JAMES | 15 |
| BALLARD | JACK | 60 |
| BALLARD | ARDITH | 1441 |
| BENTZ | VERIS | 24 |
| BENTZ | DONALD | 83 |
| BESWAYAN | MICHAEL | 1853 |
| BOROWSKI | RICHARD | 132 |
| BOWMAN | VICTORIA | 904 |
| BRIDGE | RENEE | 536 |
| CARINO | MARK | 465 |
| CARRASCO | CARLOS | 37 |
| CASSIDEY | SHEILA | 10055 |
| CAVALLO | JOSEPHINE | 19 |
| COLACINO | RICHARD | 39 |
| COLEMAN | LINDA | 128 |
| DIPAOLO | BERNARD | 51 |
| DRAPO | RICHARD | 1329 |
| DRAPO | LINDA | 1437 |
| DYCAICO | BRENDA | 952 |
| EDELBAUM | MARTIN | 13 |
| FEINGOLD | FRANCINE | 1098 |
| FEINGOLD | NEIL | 3290 |
| FISHER | KATHY | 43 |
| FITZGERALD | SANDRA | 536 |
| GAUTHIER | JOSEPH | 286 |
| GAUTHIER | LOLA | 337 |
| GAXIOLA | STEVE | 24 |
| GIGLIO | MARILYN | 43 |
| GIGLIO | CHARLES | 421 |
| GONZALEZ-CABRERA | AMETH | 10 |
| GRABIAK | CHARLES | 28 |
| HANASH | FRANCOIS | 315 |
| HARDING | CRYSTAL | 265 |
| HARKER | CAROLYN | 8935 |
| HAY | ERIC | 4 |
| HENRY | SUSANNA | 131 |
| HOFFMAN | JAMES | 19 |
| HOFFMAN | MICHAEL | 28 |
| HOFFMAN | CYNTHIA | 987 |
| HOFFMAN | ERIC | 3382 |
| HULL | JIMMIE | 350 |
| ITALIANO | NELSON | 13 |

| | | |
|---|---|---|
| JACKSON | BENITA | 91 |
| JOHNSON | JUNE | 102 |
| JONES | RICHARD | 48 |
| KAPLAN | EDWARD | 94 |
| KLEMME | JANICE | 2458 |
| KOZAK | PHYLLIS | 2901 |
| KRUEGER | JANET | 13754 |
| LEITHOFF | SHEILA | 58 |
| MALIAGROS | MARGARET PANAGIS | 96 |
| MATASSA | TRACY | 4 |
| MAZVA | MARILYNN | 8 |
| MCGEE | KERRY | 268 |
| MCGEE | WILLIAM | 1805 |
| MCLAIN | STEPHEN | 26 |
| MEAD | MELODY | 432 |
| MELTON | LAWRENCE | 813 |
| MORENO | ELSA | 56 |
| NOLASCO | DAIMAY ZANGEL | 83 |
| OWENS | MILTON | 1881 |
| OWENS | GERALDINE | 4859 |
| PACKER | JESSIE | 21 |
| PACKER | ALVIN | 210 |
| PENDERGAST | DAVID | 1159 |
| PENFIELD | JO ELLA | 1387 |
| PENFIELD | LUTHER | 1821 |
| PFERSCHING | KARINA | 60 |
| PFERSCHING | BONNIE JEAN | 217 |
| PICKERT | GENEVIEVE | 57 |
| POWER | VICKIE | 37 |
| POWNALL | ALICE | 8 |
| RAVELO | INES | 50 |
| RAVERT | ERNEST | 1297 |
| ROBINS | JUDY | 87 |
| RODGE | DAVID | 44 |
| RODRIGUEZ | CHRISTINE | 98 |
| ROGERS | LARRY | 45 |
| SANCHEZ | SAL | 450 |
| SANDOVAL | SAVANNA | 61 |
| SCOVEL | MAY | 54 |
| SMITH | FLORENCE | 21 |
| SORKHAB | DIANE | 14 |
| SORKHAB | DRAKE | 97 |
| SORKHAB | HOSSEIN | 940 |
| ST GEORGE | CHRISTOPHER | 667 |
| STAHL | JOSEPH | 163 |
| STEIN | PHILIP | 112 |
| STEMPLE | GERALDINE | 233 |

| SUAREZ | MIGUELA | 136 |
| SUHRBIER | LAWRENCE | 39 |
| TAYLOR | CATHERINE | 356 |
| TAYLOR | ERLINDA | 11191 |
| TOBER | JEAN | 19 |
| TRATOS | TERI | 1466 |
| TROUTT | VIVIAN | 118 |
| WALKER | VICKIE | 14 |
| WANDTKE | RICHARD | 38 |
| WELLS | RHONDA | 71 |
| WILLIAMS | JUSTIN | 63 |
| WILLIAMS | MARY | 159 |
| WILLIAMS | JANICE | 942 |
| WILLIAMS III | ROBERT | 11 |
| WILLIS | TERESA | 1139 |
| ZUNIGA | JOHNNY | 37 |
| ZUNIGA | ERIN | 608 |
| ZUNIGA JR | JOHNNY | 22 |